Prob 12 (10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

**FILED MAR 2 4 2015 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

U.S.A. vs. Melissa Ann McPeak                                   Docket No. 1:13-MJ-734

### Petition on Probation

COMES NOW Bethany Erding, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Melissa Ann McPeak, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 18th day of February 2014, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows: 1) the defendant shall participate in and successfully complete an Alcohol Safety Action Program or other alcohol treatment program as deemed appropriate by the probation office; 2) commencing February 18, 2014, and continuing for the first year of supervision, the defendant may not operate a motor vehicle anywhere in the United States except (a) to and from work, as incident to or required by work (b) to and from job interviews with a schedule approved in advance by probation, (c) to and from Court, Probation, the Alcohol Safety Action Program, and (d) to and from medical appointments with a schedule approved in advance by probation; 3) commencing February 18, 2014, and continuing for the first year of supervision, the defendant shall not operate a motor vehicle anywhere in the United States which is not equipped with an interlock ignition device; 4) the defendant shall serve a period of ten (10) days of incarceration which may be served on weekends or other intermittent times as deemed appropriate by probation; 5) the defendant shall pay a $250.00 fine, and a $10.00 special assessment as to Count 1 of 1:13MJ-734 to be paid by March 18, 2014; and 6) the defendant shall pay a $150.00 fine, and a $10.00 special assessment as to Count 2 of 1:13MJ-734 to be paid by March 18, 2014.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable date: April 14, 2015 @ 10:00 A.m.

### ORDER OF COURT

Considered and ordered this 24th day of March, 2015 and ordered filed and made a part of the records in the above case.

/s/
Ivan D. Davis
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2015

for Bethany Erding
U.S. Probation Officer
703-299-2305

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

RE: MCPEAK, Melissa Ann

OFFENSE: Count 1: Driving Under the Influence; Count 2: Violate Lawful Order of an Officer.

SENTENCE: Two (2) years supervised probation with the special conditions noted on Page 1.

On May 7, 2015, the defendant was ordered to refrain from the consumption of alcohol, and participate in alcohol testing.

On August 19, 2015, the defendant was ordered to serve twelve (12) days of incarceration, ten (10) of which were previously ordered by the Court at the time of initial sentencing. The defendant was also ordered to undergo remote alcohol testing.

On October 21, 2014, the defendant was ordered to 1) enter and successfully complete a period of inpatient treatment at the Phoenix House of no less than thirty (30) days; 2) serve a period of seven (7) days of confinement with the Bureau of Prisons that will terminate at 8:30 A.M. on Thursday, October 23, 2014; and 3) report to 200 N. Glebe Road in Arlington, Virginia no later than 11:30 A.M. on Thursday, October 23, 2014.

ADJUSTMENT TO SUPERVISION:

Ms. McPeak commenced supervised probation on February 18, 2014, at which time the U.S. Probation Office for the District of Columbia accepted supervision of her case. Ms. McPeak's initial adjustment to supervision was difficult as she was resistant to receiving therapeutic services. Due to continued resistance and concerns regarding her alcohol use, a Petition on Probation was filed with the Court on April 17, 2014.

On May 6, 2014, Ms. McPeak appeared before the Court pursuant to a revocation hearing. The Court directed Ms. McPeak to refrain from alcohol consumption and participate in alcohol testing. Furthermore, her violation hearing was continued until May 27, 2014. On that date, the hearing was again continued until June 3, 2014, as Ms. McPeak was under the influence of alcohol and was afforded the opportunity to enroll into inpatient treatment.

On June 3, 2014, the defendant was found in violation of her conditions, and the disposition was continued until August 19, 2014. On that date, the defendant was ordered to serve twelve (12) days of incarceration, ten (10) of which were previously ordered by the Court at the time of initial sentencing. The defendant was also ordered to undergo remote alcohol testing.

Unfortunately, on October 10, 2014, a Petition on Probation was again filed as Ms. McPeak continued to consume alcohol. In response, on October 21, 2014, the defendant was ordered to: 1) enter and successfully complete a period of inpatient treatment at the Phoenix House of no less than thirty (30) days; 2) serve a period of seven (7) days of confinement with the Bureau of Prisons that will terminate at 8:30 A.M. on Thursday, October 23, 2014; and 3) report to 200 N. Glebe Road in Arlington, Virginia no later than 11:30 A.M. on Thursday, October 23, 2014.

On October 23, 2014, Ms. McPeak enrolled into Phoenix House's inpatient treatment program, which she completed on November 24, 2014. Soon thereafter, she enrolled into National Counseling Group's individual substance abuse treatment program. Ms. McPeak attends individual therapy on a weekly basis with Monica Barrett.

Petition on Probation   Page 3

RE: MCPEAK, Melissa Ann

As noted by the violation data below, it appears Ms. McPeak continues to consume alcohol.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION: CONSUMPTION OF ALCOHOL.**

On February 20, 2015, this officer received notification that Ms. McPeak's urine specimen dated February 3, 2015, returned positive for the presence of alcohol. On February 24, 2015, Ms. McPeak was confronted about her alcohol use, but she denied relapsing.

On February 26, 2015, Ms. McPeak met with her therapist to discuss her alleged alcohol use. Ms. McPeak attributed her positive test to the consumption of vanilla extract, which contains a high amount of alcohol, unbeknownst to Ms. McPeak.

On March 12, 2014, this officer met with Ms. McPeak and further discussed her positive alcohol test. Ms. McPeak continued to attribute her positive urine screen to the vanilla flavoring she placed in her beverage. She also indicated she discontinued her vanilla use after speaking with this officer on February 24, 2015, once she determined it contained high amounts of alcohol.

However, on March 17, 2014, this officer again received notification of a positive alcohol test dated March 4, 2015.

BME/vlh